```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :
                               :    ORDER
        - v. -                 :
                               :    S1 19 CR 769
CHRISTIAN ERAZO,               :
                               :
                  Defendant.   :
                               :
                               :
- - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Kristy J. Greenberg;

It is found that the Superseding Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, it is therefore

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         November 25, 2019

_____
THE HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 5 2019



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 25, 2019

**BY EMAIL**

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    United States v. Christian Erazo, S1 19 CR 769

Dear Judge Lehrburger:

    The Government writes to respectfully request that the Court unseal the above-referenced superseding indictment, S1 19 CR 769, and the related arrest warrant for Christian Erazo. I have been advised that the defendant was arrested this morning, and is currently in custody in Austin, Texas. This case is Wheel A. A proposed order is enclosed.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                              United States Attorney

          By:    */s/ Kristy J. Greenberg*
                 Kristy J. Greenberg
                 Assistant United States Attorney
                 (212) 637-2469
                 Kristy.greenberg@usdoj.gov