

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2019

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

The dates proposed by the parties for discovery and defense motions are adopted. The status conference will be held on July 16, 2020, at 11:00 a.m. For the reasons stated below, the Court finds that the ends of justice served by excluding the time between today and July 16, 2020, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). The time between today and July 16, 2020, is hereby excluded. SO ORDERED.

Dated: December 20, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *United States* v. *Christian Erazo*, 19 Cr. 769 (LGS)

Dear Judge Schofield:

Pursuant to the Court's order dated December 12, 2019, the parties file this joint letter to propose the following schedule for discovery and the filing of motions:

Discovery Production Due:      Tuesday, January 21, 2020

Defense Pretrial Motions Due:  Tuesday, April 21, 2020

Government Responses Due:      Tuesday, May 19, 2020

Defense Reply Due:             Tuesday, June 2, 2020

The parties also propose the following three dates for a status conference: Monday, June 15, 2020; Tuesday, June 16, 2020; or Wednesday, June 17, 2020. The parties also seek to exclude time between December 17, 2019 and the pretrial conference to be scheduled in order allow discovery to be produced by the Government and reviewed by defense counsel, pretrial motions to be made, and discussions between the parties regarding a pretrial disposition.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Kristy J. Greenberg/Alexandra N. Rothman
Assistant United States Attorneys
(212) 637-2469/2580

cc: Joshua Dratel, Esq. (via ECF and email)