LAW OFFICES OF

# DRATEL & LEWIS, P.C.

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2020

JOSHUA L. DRATEL
LINDSAY A. LEWIS

December 30, 2019

**BY ELECTRONIC MAIL**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

                Re:    *United States v. Christian Erazo,*
                           19 Cr. 769 (LGS)

Dear Judge Schofield:

      This letter is in regard to defendant Christian Erazo, whom I was appointed to represent December 11, 2019, in the above-entitled case by Magistrate Judge Sarah L. Cave during my recent CJA duty day.  However, there has not been any electronic docket entry confirming that appointment.  Accordingly, it is respectfully requested that the Court cause the docket to reflect my appointment to represent Mr. Erazo *nunc pro tunc* as of December 11, 2019.

                                       Respectfully submitted,

                                       Joshua L. Dratel

JLD/

Application Granted.  The Clerk of the Court is directed to amend the docket to reflect Mr. Dratel as counsel for defendant nunc pro tunc as of December 11, 2019.

Dated: January 3, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**