```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                               Plaintiff,                   :
                                                            :       19 Cr. 769 (LGS)
                  -against-                                 :
                                                            :
   CHRISTIAN ERAZO,                                         :       SCHEDULING ORDER
                               Defendant,                   :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a sentencing hearing is currently scheduled for January 20, 2021.

WHEREAS the parties filed a letter consenting to appear remotely. (Dkt. No. 30)  It is hereby,

**ORDERED** that the sentencing hearing currently scheduled for January 20, 2021, is adjourned to **January 28, 2021, at 11:45 a.m**. and will be conducted via videoconference.  The defendant, his counsel and counsel for the Government are directed to appear and will be provided with call-in instructions via email.  Members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

Dated: January 12, 2021
      New York, New York

                                          LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**