UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :         19 Cr. 769 (LGS)
             -v-                                            :
                                                            :         **ORDER**
CHRISTIAN ERAZO,                                            :
                              Defendant,                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, with CHRISTIAN ERAZO's consent, his guilty plea allocution was taken before Magistrate Kevin Nathaniel Fox on March 3, 2020;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       January 21, 2021

                                                            _____
                                                            **LORNA G. SCHOFIELD**
                                                            **UNITED STATES DISTRICT JUDGE**