

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 15, 2021

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 36.

Dated: March 18, 2021
New York, New York

Lorna G. Schofield
United States District Judge

Re:   *United States v. Christian Erazo*, 19 Cr. 769 (LGS)

Dear Judge Schofield:

The Government writes to respectfully request a one-week extension to submit a letter outlining what, if any, restitution it will be seeking as part of defendant Christian Erazo's sentence in the above-captioned matter.  As Your Honor may recall, the defendant appeared for sentencing on January 28, 2021, and was sentenced to four months' imprisonment.  With respect to restitution, the Court directed the parties to confer and, if possible, submit a joint proposed order within 45 days of sentencing.  Although the parties have begun their discussions regarding restitution, the Government is awaiting additional information regarding one of the victims in this case.  That information may shed light on an appropriate restitution amount.  Accordingly, the Government respectfully requests an additional week to submit a proposed restitution order.  Defense counsel has advised that he takes no position on the Government's request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc: Defense counsel (by ECF)